**Gideon N. STIEFF, Ida F. S. Alford, and Edwin G. Baetjer, Executors under the Will of Charles C. Stieff, Deceased, Appellants, v. Galen L. TAIT, Collector of Internal Revenue, Appellee.**

Circuit Court of Appeals, Fourth Circuit.
April 9, 1929.

No. 2795.

Joseph France, of Baltimore, Md. (Venable, Baetjer & Howard, of Baltimore, Md., on the brief), for appellants.

A. W. W. Woodcock, U. S. Atty., of Baltimore, Md., and John H. Pigg, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., on the brief), for appellee.

Before WADDILL and PARKER, Circuit Judges, and McDOWELL, District Judge.

PER CURIAM. We find no error in the decision of the District Court, and we believe that nothing of importance could be added to the opinion of the trial judge, which is found in 26 F.(2d) 489.

Affirmed.